# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RONNIE MOORE, | : | CIVIL ACTION NO. 3:17-cv-1549 |
| --- | --- | --- |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| DAVID J. EBBERT, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, to wit, this 18th day of July 2018, upon consideration of Defendants' motion (Doc. 11) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 11) is GRANTED with respect to the Bivens claim.

2. Plaintiff shall, on or before July 31, 2018, file a motion to substitute Defendants Ebbert and Ramirez with the proper FTCA defendant.

3. Failure to do so will result in dismissal of the FTCA claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for lack of jurisdiction.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**